THOMPSON, Respondent, *v.* McLANE *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Reargument ordered, and the case sent back for resettlement so as to show distinctly what quantity of apples were retained by the plaintiff in replevin. See 10 N. Y. Supp. 411.

---

BYAM, Appellant, *v.* HAMPTON, Respondent.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for leave to appeal to court of appeals denied. See 10 N. Y. Supp. 372.

---

CITY OF ROCHESTER, Respondent, *v.* SIMPSON, Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for leave to appeal to the court of appeals granted. See 10 N. Y. Supp. 499.

---

TOTTEN, Respondent, *v.* NEW YORK, L. E. & W. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for a reargument or for leave to appeal to the court of appeals denied. See 10 N. Y. Supp. 572.

---

BECKER, Respondent, *v.* NEW YORK, L. E. & W. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for leave to appeal to the court of appeals denied. See 10 N. Y. Supp. 413.

---

THOMAS ADAMS & Co., Limited, Plaintiffs and Respondents, *v.* MAYER, *et al.*, Defendants and Appellants.

*(Superior Court of New York City, General Term.* January 5, 1891.)

Appeal from jury term.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*David Leventritt,* for appellants. *MacFarland, Boardman & Platt,* for respondents.

PER CURIAM. The issues in this case have been retried, in conformity with the decision of this court upon the former appeal, as reported in 4 N. Y. Supp. 715. Upon a review of the case as now presented, none of the exceptions taken constitute, when all the circumstances are considered, sufficient ground for reversal, nor can it be held that the verdict is against the weight of the evidence. The judgment and order should be affirmed, with costs.

---

ROBERTS, Respondent, *v.* NEW YORK EL. R. Co., *et al.*, Appellants.

*(Superior Court of New York City, General Term.* January 5, 1891.)

Appeal from special term.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*Davies & Rapallo,* for appellant. *A. P. & W. Man,* for respondent.

PER CURIAM. The judgment should be affirmed, with costs.